UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:24-cv-60594-DSL

GARFIELD SPENCE,

    Plaintiff,

vs.

SAND KASTLE LLLP,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Garfield Spence ("Plaintiff"), and Defendant, Sand Kastle LLLP ("Defendant"), in accordance with Local Rule 16.4, hereby advise the Court that the parties have reached a settlement in principle of the above-styled claim. The parties are in the process of preparing a formal settlement agreement and a Joint Stipulation of Dismissal *with Prejudice* is forthcoming. Accordingly, the parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

Date: May 22, 2024        Respectfully submitted,

                                      */s/ Alberto R. Leal*
                                      Alberto R. Leal, Esq.
                                      Florida Bar Number: 1002345
                                      albertolealesq@gmail.com
                                      Alberto R. Leal, Esq., P.A.
                                      8927 Hypoluxo Rd., Ste. 157
                                      Lake Worth, FL 33467
                                      Telephone: 954-637-1868
                                      *Counsel for Plaintiff, Garfield Spence*

                                      */s/ Ashlea A. Edwards*
                                      Ashlea A. Edwards
                                      Florida Bar Number: 117691
                                      ashlea.edwards@akerman.com
                                      **AKERMAN LLP**
                                      50 North Laura St., Suite 3100

Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*and*

Arlene K. Kline
Florida Bar Number: 104957
arlene.kline@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 671-3675
Facsimile: (561) 659-6313
*Counsel for Defendant, Sand Kastle LLLP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Ashlea A. Edwards*
     Ashlea A. Edwards
     Florida Bar No. 117691

## SERVICE LIST

*Garfield Spence v. Sand Kastle LLLP*
*Case No.: 0:24-cv-60594-DSL*

**United States District Court**
**Southern District of Florida**

Alberto R. Leal, Esq.
Alberto R. Leal, Esq., P.A.
8927 Hypoluxo Rd., Ste. 157
Lake Worth, FL 33467
P#: 954-637-1868
albertolealesq@gmail.com

*Counsel for Plaintiff, Garfield Spence*
*(via CM/ECF)*

76488818;1